DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 032P15 | Eastern Carolina Regional Housing Authority v. Sherbreda Lofton | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-212) | 1. Allowed |
| | | 2. Raleigh Housing Authority's Conditional Motion for Leave to File *Amicus* Brief | 2. Allowed |
| | | 3. Def's Motion to Amend Response to PDR | 3. Allowed |
| | | 4. Plt's Motion to Amend PDR | 4. Allowed |
| | | | **Ervin, J., recused** |
| 033P15 | Charlotte Pavilion Road Retail Investment, L.L.C., and WLA Enterprises, Inc. v. North Carolina CVS Pharmacy, LLC; Jeffrey Carpenter; Carpenter Investment Properties, LLC; Suburban Gardens Incorporated; and Sonny Boy Properties, LLC | 1. Defs' (North Carolina CVS Pharmacy, LLC and Sonny Boy Properties, LLC) PDR Under N.C.G.S. § 7A-31 (COA14-658) | 1. Denied |
| | | 2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | | **Ervin, J., recused** |
| 036P15 | State v. Eric Everett Blackmon | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-594) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 037P15 | State v. Kelly Winton Pierce | Def's PDR Under N.C.G.S. § 7A-31 (COA14-574) | Denied |
| 039P15 | Gwendolyn Gillins Fennell Wimes v. North Carolina Board of Nursing | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA14-525) | Denied |
| | | | **Ervin, J., recused** |
| | | | **Jackson, J., recused** |
| 040P15-2 | State v. Napoleon Junior Rankins | Def's *Pro Se* Motion for Appeal Entry Notice | Dismissed |
| 042P15-2 | State v. Reginald U. Fullard | Def's *Pro Se* Motion for Appeal Orders Entered 15 April 2015 | Dismissed |
| 043P15-2 | State v. Reginald U. Fullard | Def's *Pro Se* Motion for Appeal Orders Entered in Case 43P15-1 | Dismissed |